COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Medical Discount Pharmacy, L.P., Lifechek Rosenberg GP, Inc.,
                         LifeChek, Inc. and Bruce V. Gingrich, Individually **V.** State of Texas

Appellate case number:   01-13-00963-CV

Trial court case number: 12-DCV-196841

Trial court:             434th District Court of Fort Bend County

Date motion filed:       September 4, 2015

Party filing motion:     Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
                        ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Lloyd

Date: November 17, 2015